# EXHIBIT A

CELLINO LAW LLP
John H. Shields (036821983)
420 Lexington Avenue, Suite 830
New York, New York 10170
Attorney for Plaintiff, SUSAN BENTLEY

---

| | |
|---|---|
| SUSAN BENTLEY, | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff | LAW DIVISION: MIDDLESEX COUNTY |
| | DOCKET NO.: |
| -vs- | CIVIL ACTION |
| WAL-MART STORES EAST ,LP, | COMPLAINT AND JURY DEMAND |
| ABC COMPANIES 1-10 said names being fictitious and JOHN DOES1-10 said names being fictitious | |
| Defendant. | |

---

Plaintiff, SUSAN BENTLEY, by way of Complaint, states, upon information and belief, as follows:

1.     At all times hereinafter mentioned, plaintiff, SUSAN BENTLEY was an adult individual and was always herein alleged and still is a resident of the County of New York and State of New York.

2.     At all times hereinafter mentioned, defendant, WAL-MART STORES EAST, LP was a foreign limited liability partnership authorized to conduct business in the State of New Jersey.

3. ABC COMPANIES 1-10 said names being fictitious are named as defendants to preserve the statute of limitations against unknown companies.

4. JOHN DOES 1-10 said names being fictitious are named as defendants to preserve the statute of limitations against unknown individuals.

5. That always herein relevant, defendant WAL-MART STORES EAST, LP transacted business within the State of New Jersey and/or contracted anywhere to supply goods or services in the State of New Jersey.

6. That always herein relevant, defendant WAL-MART STORES EAST ,LP committed a tortious act within the State of New Jersey.

7. That always herein relevant, defendant WAL-MART STORES EAST, LP committed a tortious act within the State of New Jersey causing injury to person or property within the State of New Jersey.

8. That always herein relevant, defendant WAL-MART STORES EAST, LP owns, leases, uses or possesses real property situated within the State of New Jersey.

9. That by virtue of the allegations above, defendant WAL-MART STORES EAST ,LP is subject to the laws of the State of New Jersey.

10. At all times hereinafter mentioned, defendant WAL-MART STORES EAST ,LP on March 11, 2023, operated a retail store out of a premises in Woodbridge , New Jersey.

11. At all times mentioned hereinafter, defendant WAL-MART STORES EAST LP by its agents, servants and/or employees managed the previously mentioned retail store.

2

12.     At all times mentioned hereinafter, defendant WAL-MART STORES EAST, LP by its agents, servants and/or employees maintained the aforesaid retail store..

13.     At all times mentioned hereinafter, defendant WAL-MART STORES EAST, LP, by its agents, servants and/or employees controlled the previously mentioned retail store.

14.     At all times hereinafter mentioned, defendant WAL-MART STORES EAST, LP, by its agents, servants and/or employees had a duty to make sure the fire extinguishers were properly attached to the walls in the retail store.

15.     At all times hereinafter mentioned, defendant WAL-MART STORES EAST, LP by its agents, servants and/or employees supervised the maintenance, servicing, inspection and repair of the previously mentioned fire extinguishers in the retail store.

16.     At all times mentioned hereinafter, defendant WAL-MART STORES EAST, LP, by its agents, servants and/or employees inspected the previously mentioned fire extinguishers in the retail store.

17.     At all times herein mentioned, it was the duty of the defendant WAL-MART STORES EAST, LP to maintain the fire extinguishers in the retail store in a reasonably safe and suitably attached to the walls, so as not to injure patrons and guests.

18.     On March 11, 2023, plaintiff SUSAN BENTLEY was lawfully on the premises mentioned in Paragraphs 10 above.

3

19.     On March 11, 2023, plaintiff SUSAN BENTLEY was inside the MALMART store in Woodbridge New Jersey, when a fire extinguisher fell off the wall in the previously mentioned premises striking her and thereby sustaining injuries and damages as hereinafter alleged.

20.     Plaintiff SUSAN BENTLEY injuries and damages referred to herein were caused by defendant WAL-MART STORES EAST ,LP's negligence by creating and permitting a dangerous condition within defendant WAL-MART STORES EAST ,LP retail store, which the defendant WAL-MART STORES EAST ,LP knew, or should have known, existed, and continued to exist within said premises and/or by failing to warn plaintiff SUSAN BENTLEY of said dangerous condition.

21.     That by reason of the foregoing, plaintiff SUSAN BENTLEY was caused to sustain serious, severe, and permanent personal injuries to various portions of her body.

WHEREFORE, plaintiff SUSAN BENTLEY demands judgment against the defendant WAL-MART STORES EAST ,LP for damages, together with interest and costs of suit.

CELLINO LAW LLP

By: _____
JOHN H. SHIELDS (036821983)
./Attorney for Plaintiff

Dated: New York, New York
        January 21, 2025

4

## JURY DEMAND

The plaintiff (s) demand a trial by a jury of six persons of all the issues of this case in accordance with R1:8-2

CELLINO LAW LLP

By: _____
JOHN H. SHIELDS (036821983)
Attorney for Plaintiff

Dated: New York, New York
        January 21, 2025

## DESIGNATION OF TRIAL ATTORNEY

JOHN H. SHIELDS, Esq. is designated as trial attorney.

CELLINO LAW LLP

By: _____
JOHN H. SHIELDS (036821983)
Attorney for Plaintiff

Dated: New York, New York
        January 21, 2025

5

## DEMAND FOR ANSWERS TO UNIFORM INTERROGATORIES

Plaintiff hereby demands, pursuant to R. 4:17-(b)(ii), of the Rules of Court that

the Defendants serve answers to the interrogatories prescribed by Form "C" and Form

C (2) of Appendix II of the Rules of Court within sixty (60) days of the date hereof.

CELLINO LAW LLP

By: _____
JOHN H. SHIELDS (036821983)
Attorney for Plaintiff

Dated: New York, New York
January 21, 2025

## DEMAND FOR INSURANCE INFORMATION

Pursuant to Rule 4:10-2(b) demand is hereby made that Defendants, and each of them,

disclose to Plaintiff's attorney whether or not there are any insurance agreements or

policies under which any person or firm carrying on an insurance business may be liable

to satisfy part or all of a judgment which may be entered in this action or indemnify or

reimburse for payments made to satisfy the judgment and provide Plaintiff's attorney

with true copies of said agreements or policies including, but not limited to, any and all

declaration sheets.  This demand shall include and cover not only primary coverage but

also all excess, catastrophe, and umbrella policies.

CELLINO LAW LLP

By: _____
JOHN H. SHIELDS (036821983

6

Attorney for Plaintiff

Dated: New York, New York
    January 21, 2025

## CERTIFICATION

I certify the within pleading was filed within the time prescribed by the Rules of Court. There are no other actions of which I am aware that should be joined with this action, nor is the case subject of any arbitration proceeding or mediation, nor is any contemplated as of this date.

CELLINO LAW LLP

By: _____

JOHN H. SHIELDS (036821983)
Attorney for Plaintiff

Dated: New York, New York
    January 21, 2025

7

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-000379-25

**Case Caption:** BENTLEY SUSAN  VS WAL-MART STORES EAST , LP

**Case Initiation Date:** 01/21/2025

**Attorney Name:** JOHN H SHIELDS

**Firm Name:** CELLINO LAW

**Address:** 420 LEXINGTON AVE STE 830
NEW YORK NY 10170

**Phone:** 8005555555

**Name of Party:** PLAINTIFF : BENTLEY, SUSAN

**Name of Defendant's Primary Insurance Company**
(if known): None

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: SUSAN BENTLEY? NO**

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/21/2025
Dated

/s/ JOHN H SHIELDS
Signed